# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Tracy Baldwin                              Docket No. 7:10-CR-116-1H

### Petition for Action on Supervised Release

COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tracy Baldwin, who, upon an earlier plea of guilty to Possession With Intent to Distribute 5 Grams or More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii), was sentenced by the Honorable Mark R. Kravitz, U.S. District Judge, in the District of Connecticut, on December 21, 2009, to the custody of the Bureau of Prisons for a term of time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 48 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 50 hours of community service as directed by the probation office.

2. The defendant shall participate in a program of anger management/domestic violence, as directed by the probation office.

3. If not employed, the defendant shall participate in a vocational training program as directed by the probation office.

Tracy Baldwin was released from custody on December 21, 2009, at which time the term of supervised release commenced. On August 28, 2010, jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 27, 2011, Mr. Baldwin was charged in Robeson County, North Carolina, with Larceny by Changing Price Tag (11CR58198). On November 21, 2011, he pled guilty to this charge and was given a 10-day suspended sentence in state court. Additionally, on December 19, 2011, he was charged in Robeson County, North Carolina, with Driving While License Revoked, Resisting Public Officer, and Flee/Elude Arrest (11CR59150). The arresting officer stated that he attempted to stop the subject for an expired license plate. The subject jumped out of his car and ran. The officer dropped his radio and could not continue to pursue the subject. The subject then stopped on his own and returned to the car where he was arrested. Mr. Baldwin states that his license had been revoked because of unpaid tickets and he was not aware of the suspension. He is not sure why he ran from the officer initially. Based on these violations, it is recommended that he serve 7 days in jail.

Tracy Baldwin
Docket No. 7:10-CR-116-1H
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 7 days, commencing as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: December 21, 2011

## ORDER OF COURT

Considered and ordered this 27th day of Dec, 2011, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge